IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

GARRY G. LAPONSIE                                                                                   PLAINTIFF

VS.                         CASE NO.        3:23-CV-00059-BSM

MASON THOMPSON, et al.                                                                    DEFENDANTS

**JOINT MOTION FOR REFERAL TO SETTLEMENT CONFERENCE**

Comes now the parties, by and through their undersigned counsel, and jointly request that the Court refer this matter to a U.S. Magistrate Judge for a settlement conference.

1. This case is set for jury trial during the week of September 16, 2024.

2. The discovery deadline is June 17, 2024.

3. The parties have been actively engaging in written discovery and the Plaintiff has given a deposition.

4. The parties agree that this matter could well be resolved in a settlement conference without the need for further discovery and a jury trial.

5. The parties, therefore, jointly request that the Cout refer this matter to a U.S. Magistrate Judge for a settlement conference.

Respectfully submitted,

**HUCKABAY LAW FIRM, PLC**
Simmons Tower
425 W. Capitol Avenue, Ste. 1575
Little Rock, Arkansas 72201
PH (501) 375-5600/FX (501) 375-5605
michael@huckabaylawfirm.com
kathryn@huckabaylawfirm.com
*Attys for Defendant*

*With permission:*

**Mr. Frank H. Bailey**
Bailey & Oliver Law Firm
3606 West Southern Hills Blvd., Suite 200
Rogers, Arkansas 72758
Ph (479) 202-5200
Fx (479) 202-5605
fbailey@baileyoliverlawfirm.com
*Attys for Plaintiff*