UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**GARRY G LAPONSIE**                                                                                    **PLAINTIFF**

**VS.**                              **CASE NO. 3:23-CV-00059-BSM**

**MASON THOMPSON, et al,**                                                                  **DEFENDANTS**

## ORDER

The parties are scheduled for a settlement conference before the undersigned on Thursday, May 23, 2024. Pursuant to General Order 54,[1] counsel for both parties and their clients will be allowed to bring electronic devices, including cell phones, laptop computers or PDA type devices into the courthouse on May 23, 2024.

Counsel and clients who bring electronic devices to the settlement conference should bring with them a copy of this Order to present to Court Security Officers upon entry into the building.

SO ORDERED 22 April 2024.

_____
Edie R. Ervin
United States Magistrate Judge

---

[1] Counsel are directed to ensure that their clients are familiar with General Order 54's requirements, including that they may not record, photograph, or film anyone or anything inside the courthouse.