IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**GARRY G. LAPONSIE**                                                                                    **PLAINTIFF**

v.                            **CASE NO. 3:23-CV-00059-BSM**

**MASON THOMPSON,** *et al.*                                                                        **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 27th day of June, 2024.

_____
UNITED STATES DISTRICT JUDGE